JERRY E. NASTARI (California Bar No. 151756)
JANET M. LI (California Bar No. 219410)
COREY, LUZAICH, PLISKA, DE GHETALDI & NASTARI LLP
700 El Camino Real, P.O. Box 669
Millbrae, California 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
Email: jen@coreylaw.com

Attorneys for Plaintiff

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
JOANN M. SWANSON (California Bar No. 88143)
Chief, Civil Division
LETITIA R. KIM (California Bar No. 200142)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7181
   Facsimile: (415) 436-6748
   Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VINCENT SVEDISE,<br><br>        Plaintiff,<br><br>   v.<br><br>LEROY JAMES JOHNSON,<br><br>        Defendant. | Case No. C 07-00082 CW<br><br>STIPULATION AND ORDER (1) TO SUBSTITUTE UNITED STATES AS DEFENDANT AND<br>(2) TO DISMISS ACTION WITHOUT PREJUDICE |

**STIPULATION**

    This is an action arising from a motor vehicle collision between the plaintiff and Leroy James Johnson, a police officer with the United States Postal Service.  Because Mr. Johnson was acting within the scope of his federal employment at the time of the accident, the parties hereby stipulate to substitute the United States as the sole defendant in place of Mr. Johnson.  *See Lance v. United States*, 70 F.3d 1093, 1095 (9th Cir. 1995) (U.S. is only proper defendant in action

1  alleging tort committed by federal employee acting within the scope of his employment); 28
2  U.S.C. § 2679(d)(1) (same).  Additionally, pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(ii), the parties hereby stipulate to dismiss this action without prejudice.

Respectfully submitted,

Dated: _____                 SCOTT N. SCHOOLS
United States Attorney

_____
LETITIA R. KIM
Assistant United States Attorney
Attorneys for Defendant

Dated: _____                 COREY, LUZAICH, PLISKA,
DE GHETALDI & NASTARI LLP

_____
JERRY E. NASTARI
Attorneys for Plaintiff

Stip. & [Prop.] Order to Subst., Dismiss w/o Prej.
Case No. C 07-00082 CW                 -2-

**ORDER**

Pursuant to the parties' stipulation, the Court hereby substitutes the United States of America as the sole defendant in place of Leroy James Johnson, and dismisses the action without prejudice.

IT IS SO ORDERED.

3/2/07

Dated:_____

_____
CLAUDIA WILKEN
United States District Judge

Stip. & [Prop.] Order to Subst., Dismiss w/o Prej.
Case No. C 07-00082 CW                  -3-